IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MANUEL A. CHIONG,
    Plaintiff,

vs.                                   Case No.: 3:10cv77/RV/EMT

S.H. JONES, et al.,
    Defendants.
_____/

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 6, 2011 (Doc. 46).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

       Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

       **DONE AND ORDERED** this 19th  day of July, 2011.

                                          /s/ *Roger Vinson*
                                          **ROGER VINSON**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**